

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WELLS FARGO EQUIPMENT FINANCE, INC., | * * * | CASE NO. 3:09-cv-748 |
| Plaintiff, | * * | |
| VERSUS | * * | JUDGE JOHN V. PARKER |
| FAMILY RV CENTER, L.L.C. | * * * | MAGISTRATE JUDGE STEPHEN C. RIEDLINGER |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FINAL JUDGMENT

Upon considering the Complaint for Surrender of Leased Property Pursuant to the Louisiana Lease of Movables Act (the "Complaint") filed by the plaintiff, Wells Fargo Equipment Finance, Inc. ("Wells Fargo"), and upon considering the proof submitted by Wells Fargo, and upon finding that proper notice of the Complaint and the hearing thereon had been given and no opposition thereto had been filed, and good cause appearing for granting the Complaint; and upon finding, among other things, that:

(a)     the Lease Agreement entered into by and between Wells Fargo and Family RV Center, LLC ("Family RV") pursuant to which Family RV leased one (1) 2002 Terex TA27 Articulated Dump, Serial Number 8051343 (the "Terex Lease") has been properly canceled; and

(b)     the Lease Agreement entered into by and between Wells Fargo and Family RV pursuant to which Family RV leased one (1) 2007 Kobelco SK330LC, Serial Number YC07-U1089 (the "Kobelco Lease") has been properly canceled;

IT IS ORDERED, ADJUDGED AND DECREED that Family RV surrender to Wells Fargo possession of the:

(a)     2002 Terex TA27 Articulated Dump, Serial Number 8051343; and

      (b)     2007 Kobelco SK330LC, Serial Number YC07-U1089

within 24 hours after the rendition of this judgment, failing which, upon written request by Wells Fargo, the Clerk of this Court shall issue a writ of possession directed to and commanding the sheriff, constable, or marshal of the parish where the movable property is located to seize and deliver possession of the leased property to Wells Fargo.

      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all of Wells Fargo's rights to seek damages, liquidated damages, interest, late fees, and attorney's fees under the Terex Lease and the Kobelco Lease, be, and are hereby, reserved and preserved.

      Thus done and signed, this 6th day of JANUARY, 2010, Baton Rouge, Louisiana.

_____
DISTRICT JUDGE
JAMES J. BRADY